MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 288816)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7296
    FAX: (415) 436-6982
    Benjamin.Tolkoff@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 13-0566 EMC |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 5 TO SEPTEMBER 19, 2013 |
| v. | |
| RYAN CARROLL & ROBERT LEE, | |
| Defendant. | |

       On September 5, 2013, the parties made a status appearance before the Court. Mr. Steven Kalar, Federal Public Defender, specially appeared on behalf of Robert Lee. Ms. Severa Keith was appointed to represent Mr. Carroll. Mr. Kalar explained that the Federal Public Defender's office could not represent Mr. Lee and asked that the matter be continued until September 13, 2013 for identification of counsel. Mr. Lee waived detention and findings without prejudice, reserving the right to request bail should circumstances change. Mr. Kalar and the government stipulated, and the Court ordered that the time between September 5 and September 13, 2013 should be excluded from the running of the speedy trial clock for continuity of counsel.

ORDER EXLUDING TIME
CR 13-0566 EMC

Mr. Carroll was arraigned on the Indictment and entered a plea of not guilty as to all charges. Mr. Carroll waived detention and findings without prejudice, reserving the right to request bail should circumstances change. Ms. Keith and the government stipulated, and the Court ordered, that the time between September 5, 2013 and September 13, 2013 should be excluded from the running of the speedy trial clock for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

On September 13, 2013, the parties again appeared before the Court for identification of counsel and arraignment as to Mr. Lee. Mr. Richard Tamor was appointed to represent Mr. Lee, Lee was arraigned on the Indictment and entered a plea of not guilty as to all charges. The matter was calendared for an initial appearance before the district court on September 19, 2013. The parties requested and the Court ordered that the time between September 13 and September 19, 2013 be excluded for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 5 and September 19, 2013, would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding the time between September 5 and September 19, 2013, from the running of the speedy trial clock outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 5 and September 19, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). SO ORDERED.

DATED: 10/23/13

HONORABLE ELIZABETH LAPORTE
United States Magistrate Judge

ORDER EXLUDING TIME
CR 13-0566 EMC