UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 2, 2016  **Time:** 6 minutes  **Judge:** EDWARD M. CHEN

**Case No.:** CR13-0566EMC (and Consolidated Case: CR15-246 EMC)  **Case Name:** UNITED STATES v. Robert Lee (c) and Ryan Carroll (c)

**Attorney for Plaintiff:**   Andrew Scoble / Scott Joiner
**Attorney for Defendant:** Richard Tamor for Defendant Robert Lee (waived appearance)
   Severa Keith for Defendant Ryan Carroll (waived appearance)

**Deputy Clerk:** Betty Lee   **Court Reporter:** Debra Pas
**Interpreter:** N/A   **Probation Officer:** Trevor Lilian


**PROCEEDINGS**

RESTITUTION HEARING


**SUMMARY**

Defendants' appearance waived.  For the reasons stated on the record, the Court finds that the $5,000 payment for Gurdwara is appropriate and ordered restitution in the total amount of $14,609.17 which is to be paid jointly and severally by the defendants.  Of that sum, $2,000.00 shall be paid to Jasbir Rana Hanjan and the balance shall be paid to Gary Rana.  Probation is directed to submit amended judgments to the Court.